FILED
CLERK, U.S. DISTRICT COURT

APR 14 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DAVID SANCHEZ, | NO. ED CV 05-0795 DOC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBRA DEXTER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: _April 14_, 2008.

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE